

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

__Andre P. Diggs__

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ___

-against-

__Police Officer John Doe__
__Arresting Officer ID # 950387__
__(individually and his official capacities)__

__City of New York et al.__
Defendant(s).




RECEIVED JUN 29 2021 PRO SE OFFICE

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff __Andre P. Diggs__

If you are incarcerated, provide the name of the facility and address:

__Five Points Correctional Facility__
__State Route 96, P.O. Box 119__
__Romulus, New York, 14541__

Prisoner ID Number: __Din# 20A1464__

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Police OFFICER John Doe (Arresting officer ID #950387)

Job Title: Police OFFICER

Address: 1 Police Plaza, New York, N.Y., 10007

Defendant No. 2

Full Name: City of New York

Job Title: Law Department

Address: 100 Church Street, New York, N.Y., 10007

Defendant No. 3

Full Name: _____

Job Title: _____

_____

2

_____
Address

Defendant No. 4    _____
Full Name

_____
Job Title

_____
Address

Defendant No. 5    _____
Full Name

_____
Job Title

_____
Address

## II.  Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Post Avenue in the City of Staten Island in the state of New York.

When did the events happen? (include approximate time and date) January 21, 2020 at 3:30 pm. (15:30:00).

Facts: (what happened?) On January 21, 2020, I was falsely arrested at 3:30 pm on Staten Island in the State of New York for the crime of Criminal Possession of a Controlled Substance. This case was continued for about eight months until it was finally dismissed on October 2, 2020. The case number for this case was Docket # 20621C/2020. This was in direct violation of my 8th Amendment right of the United States Constitution which states "Excessive bail shall not be required nor excessive fines imposed, nor cruel and unusual punishments inflicted. And this claim arrose from the actions committed by my arresting officer John Doe who's ID# 950387.

II.A.  Injuries.  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

N/A

4

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I would like to be compensated with (#1,000,000) One million dollars in monetary damages.

I declare under penalty of perjury that on **June 21, 2021** (date), I delivered this complaint to prison authorities at **Five Points C.F.** (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/21/21

_Andre P. N[...]_
Signature of Plaintiff

Five Points Correctional Facility
Name of Prison Facility or Address if not incarcerated

State Route 96, P.O. Box 119
Romulus, New York, 14541
Address

DIN # 20A1664
Prisoner ID#

rev. 12/1/2015

5

# Exhibit A

```
           SUPREME COURT OF THE STATE OF NEW YORK       FEE:$10.00
                         RICHMOND COUNTY
                        COUNTY COURT HOUSE
                        18 RICHMOND TERRACE
                       STATEN ISLAND, NY 10301

                   CERTIFICATE OF DISPOSITION DISMISSAL
```

DATE: 06/10/2021                CERTIFICATE OF DISPOSITION NUMBER: 5094

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:           00621C-2020
            VS.                     LOWER COURT NUMBER(S): CR-000621-20RI
                                    DATE OF ARREST:        01/21/2020
                                    ARREST #:              S20600459
                                    DATE OF BIRTH:         02/05/1981

DIGGS,ANDRE
_____
            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 10/02/2020 THE ABOVE ACTION WAS
DISMISSED AND ALL PENDING CRIMINAL CHARGES RELATED TO
THIS ACTION WERE ALSO DISMISSED BY THE HONORABLE  GARNETT,W   THEN
A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED DISMISSAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL
OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.


IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 06/10/2021.

                                          _____
                                                 CLERK OF COURT

                                          _____
                                                 COURT CLERK

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20
PL 221.35 or PL 221.40 - including any appearing on this certificate of
disposition - are vacated, dismissed, sealed, and expunged.  It is an
unlawful discriminatory practice for any entity to make any inquiry about
such an expunged conviction or to use such an expunged conviction adversely
against an individual in any form of application or otherwise - unless
specifically required or permitted to do so by statute.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or

Andre P. Diggs Din#
Five Points Correctional
State Route 96, P.O.
Romulus, New York
14541



Attn:
Clerk of U.S. District Office
Eastern District Court of N.Y.
225 Cadman Plaza East Brooklyn N.Y. 11201

